FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10 - CV - 00477 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ABIEL GEBRE LAEKE,
    Applicant,

v.

ALMATHZ,
GREEK ORTHODOX CHURCH,
ETHIOPIAN ORTHODOX CHURCH,
FREEDOM CAB,
MD LIQUORS,
NORTH DENVER LIQUORS,
COUNTRY MEADOW LIQUORS
AMBESSA MOTORS,
GOOCH TRANSMISSION,
KEE RAMJIANI, Broker Associate,
TAG, Broker Associate,
YOHANNES CLAN,
MERHABA INTERNATIONAL MARKET,
EQYPT INTERNATIONAL MARKET,
DILL & DILL ASSOCIATES,
KAREN McGOVERN, Esq.,
SHARON LIKO, Esq.,
SHELDON GINSBERG, Esq.,
FRENANDO FREYRE, Esq.,
REBECCA FREYRE, Esq.,
MICHELLE AMICO, Esq.,
KATHLEEN OBRIEN, Esq.,
STEPHEN FLAVIN, Esq.,
WILLIAM MARTINEZ, Esq.,
AFRICANA COFFEE, and
AXUM RESTAURANT,
    Respondents.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted a "Prisoners [sic] Motion and Affidavat [sic] for Leave to Proceed Pursuant to 28 U.S.C. § 1915" in which he states that he wishes to commence a habeas corpus action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) xx is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) xx is missing an original signature by the prisoner
(7) xx is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other: _____

**Complaint, Petition or Application:**
(11) xx is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Applicant files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

    FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the petition and the action will be dismissed without further notice. The dismissal shall be without prejudice.

    DATED at Denver, Colorado, this 26th day of February, 2010.

    BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 - CV - 00477

Abiel Laeke
Prisoner No. 85103
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on 3/2/10

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                    Deputy Clerk